IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WESTERN HEALTHCARE, LLC**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:16-CV-565-L** |
| | § | |
| **NATIONAL FIRE AND MARINE INSURANCE COMPANY; BERKSHIRE HATHAWAY, INC.; THE MEDICAL PROTECTIVE COMPANY; HEALTHCARE LIABILITY SOLUTIONS, INC.; THOMAS MEIERANT; and RAJ MEHTA,** | § § § § § § § | |
| | § | |
| Defendants. | § | |

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. § 636(b), **Defendant Healthcare Liability Solutions, Inc.'s Motion to Dismiss Under FRCP 12(B)(6)**, filed March 7, 2016; **Plaintiff Western Healthcare LLC's Motion to Remand**, filed March 28, 2016; and **Defendant Raj Mehta's Motion to Dismiss for Lack of Personal Jurisdiction or, Alternatively, for Failure to State Claim**, April 20, 2016, are hereby **referred** to United States Magistrate Judge **David L. Horan** for hearing, if necessary, and for the United States Magistrate Judge to submit to the court proposed findings and recommendations for disposition of the motions. This order of reference also prospectively refers all procedural motions that are related to the referred motion to the United States Magistrate Judge for resolution. All future filings regarding the referred motion shall be addressed "To the Honorable United States Magistrate Judge"—not to the district judge or court—and shall be accompanied by a transmittal letter addressed to the magistrate judge so that filings will reach him without delay.

**Order of Reference – Page 1**

Local Civil Rules 72.1 and 72.2 provide that, unless otherwise directed by the presiding district judge, a party who files objections under Federal Rules of Civil Procedure 72(a) and (b)(2) to magistrate judge orders regarding pretrial nondispositive matters, or findings and recommendations on dispositive motions, may file a reply brief within 14 days from the date the response to the objections or response brief is filed.  The court does not allow parties to file a reply brief with respect to magistrate judge orders or findings and recommendations, unless leave is granted to file the reply brief.  The court will strike or disregard any reply brief filed in violation of this order.

**It is so ordered** this 3rd day of May, 2016.

Sam A. Lindsay
United States District Judge