IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **WESTERN HEALTHCARE, LLC**, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   Civil Action No. **3:16-CV-565-L** |
| | § |
| **NATIONAL FIRE AND MARINE** | § |
| **INSURANCE COMPANY, *et al.*,** | § |
| | § |
| Defendants. | § |

# ORDER

On December 28, 2016, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the court grant in part and deny in part Western Healthcare, LLC's Motion and Application for Attorney's Fees (Doc. 25), filed August 26, 2016, and award Western Healthcare, LLC $18,572 in reasonable attorney's fees for the improper removal of this action. No objections to the Report were filed as of the date of this order.

After reviewing the motion, file, Report, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants in part and denies in part** Western Healthcare, LLC's Motion and Application for Attorney's Fees (Doc. 25), **awards** Western Healthcare, LLC **$18,572** in reasonable attorney's fees, and **orders** removing Defendants National Fire and Marine Insurance Company, The Medical Protective Company, Berkshire Hathaway Inc., and Thomas Meierant to pay this amount to Western Healthcare, LLC.

**It is so ordered** this 12th day of January, 2017.

                                                  *Sam A. Lindsay*
                                                  Sam A. Lindsay
                                           United States District Judge