**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **WESTERN HEALTHCARE, LLC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | NO. 3:16-CV-00565-L-BN |
| § | |
| **NATIONAL FIRE AND MARINE** § | |
| **INSURANCE COMPANY,** § | |
| **HEALTHCARE LIABILITY** § | |
| **SOLUTIONS, INC.; THE MEDICAL** § | |
| **PROTECTIVE COMPANY;** § | |
| **BERKSHIRE HATHAWAY INC.; RAJ** § | |
| **MEHTA, and THOMAS MEIERANT,** § | |
| § | |
| **Defendants.** § | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, Western Healthcare, LLC, hereby gives notice that the parties have resolved and agreed to dismiss all claims asserted in the above-captioned action, which was removed to this Court and then later remanded to state court. The parties' agreement to resolve the case includes resolution Plaintiff's request for attorney's fees pursuant to 28 U.S.C. § 1447, which is still pending before this Court. Consequently, all parties stipulate that Plaintiff's claim for attorney's fees pursuant to 28 U.S.C. § 1447 should be dismissed as moot, and Plaintiff respectfully requests that the Court enter an order to that effect.

Dated: January 13, 2017.                    Respectfully submitted,


                                            /s/    *Ross Cunningham*
                                            ROSS CUNNINGHAM
                                            State Bar No. 24007062
                                            STEVEN SANFELIPPO
                                            State Bar No. 24027827
                                            REBECCA L. SOLOMON
                                            State Bar No. 24083892
                                            **CUNNINGHAM SWAIM, LLP**
                                            7557 Rambler Road, Suite 440
                                            Dallas, Texas 75231
                                            Phone: 214-646-1495
                                            Facsimile: 214-613-1163
                                            rcunningham@cunninghamswaim.com
                                            ssanfelippo@cunninghamswaim.com
                                            rsolomon@cunninghamswaim.com


## CERTIFICATE OF SERVICE

I certify that on January 13, 2017, I served this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to Defendants' counsel of record, who are registered ECF users. Delivery of such notice of electronic filing constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure.


                                            /s/    *Ross Cunningham*